[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-14519
Non-Argument Calendar
_____

D.C. Docket No. 6:18-cr-00093-PGB-TBS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM EARL BARRETT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(May 28, 2019)

Before MARCUS, ROSENBAUM and BLACK, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for William Barrett, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Barrett's convictions and sentences are **AFFIRMED**.